UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14103-CIV-CANNON/Maynard

**OSCAR MOLINA**,

    Plaintiff,

v.

**WIPRO LIMITED CORP**,

    Defendant.
_____/

**ORDER FOLLOWING STATUS CONFERENCE
AND REQUIRING DISCOVERY STATUS REPORT**

**THIS CAUSE** comes before the Court following a Status Conference held on December 9, 2024 [ECF No. 21]. To promote the orderly and efficient resolution of this case, and for the reasons discussed during the Status Conference, it is hereby **ORDERED AND ADJUDGED** as follows:

1. On or before **December 16, 2024**, the parties shall meaningfully confer and jointly file a discovery status report, indicating with specificity all anticipated and scheduled depositions (with names and dates); the status of completed and pending written discovery (with corresponding details); and any other matters related to complying with discovery in accordance with the Court's Scheduling Order [ECF No. 12].

2. All depositions in this case must be completed no later than **February 7**, **2025**, and any discovery disputes shall be promptly raised with Magistrate Judge Maynard according to her discovery procedures [ECF No. 14].

3. No extensions of the **February 18**, **2025**, discovery deadline [ECF No. 12] will be permitted in this case.

CASE NO. 24-14103-CIV-CANNON/Maynard

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of December 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record